MDL 1479

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 8 2002

FILED
CLERK'S OFFICE

DOCKET NO. 1479

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEURONTIN ANTITRUST LITIGATION

*Bonna Stuart v. Pfizer, Inc., et al.*, W.D. Tennessee, C.A. No. 2:02-2511

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 15, 2002, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable John C. Lifland.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Lifland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 15, 2002, ____ F. Supp. ____ (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable John C. Lifland.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 31

OFFICIAL FILE COPY    IMAGED AUG 30 '02