**NOT FOR PUBLICATION** **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE NEURONTIN ANTITRUST LITIGATION, | : : : : : : : : : | Civil Case No. 02-1390 (FSH) (MAH) **ORDER** December 18, 2014 |
| This Document Relates to All Cases |  |  |

**HOCHBERG, District Judge:**

This matter comes before the Court upon a letter [Dkt. No. 773] from Class Plaintiffs withdrawing their motion for contribution;

**IT IS** this 18th day of December, 2014, hereby

**ORDERED** that Class Plaintiffs' motions, [Dkt. Nos. 748, 749, 764], are terminated; and it is further

**ORDERED** that the Clerk of the Court mark this matter **CLOSED**.

**IT IS SO ORDERED**

**/s/ Faith S. Hochberg_____**
**Hon. Faith S. Hochberg, U.S.D.J.**